UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
THE ESTATE OF WILLIAM SCALES,¹

                        Plaintiff,                 25-CV-6074 (LTS)

            -against-                              ORDER DIRECTING PAYMENT OF FEE
                                                   OR IFP APPLICATION
AMALGAMATED TRANSIT UNION,

                        Defendant.
```

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 25-CV-6074 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

---

¹ The complaint lists "The Estate of Williams Scales" as the plaintiff. The complaint, however, is signed by William Scales, who is a frequent litigant in this court. Because it is clear that the complaint was filed by Scales on his own behalf, the Court treats Scales as the sole plaintiff in this action. *See Scales v. ATU Local 1181*, No. 23-CV-9099 (LTS) (S.D.N.Y. Jan. 2, 2024) (construing complaint filed on behalf of "The Estate of Williams Scales" as filed by Scales and granting Plaintiff leave to amend his complaint). Plaintiff failed to file an amended complaint in that matter, and the court dismissed the action for failure to state a claim on which relief may be granted. *See Id.* (S.D.N.Y. Mar. 15, 2024), No. 24-0877 (2d Cir. Nov. 1, 2024) (dismissing appeal as frivolous).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 24, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge