UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF WILLIAM SCALES,

                Plaintiff,

-against-

AMALGAMATED TRANSIT UNION,

                Defendant.

25-CV-6074 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 24, 2025, the Court directed Plaintiff, within 30 days, to pay the $405.00 in fees required to file a civil action in this court or file an application for leave to proceed *in forma pauperis* ("IFP application"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees or filed an IFP application. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   September 5, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge